**Order entered February 8, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00995-CV

## COURTNEY ALSOBROOK, Appellant

## V.

## MTGLQ INVESTORS, LP, Appellee

### On Appeal from the County Court at Law No. 1
### Rockwall County, Texas
### Trial Court Cause No. CI1-22-0042

### ORDER

Before the Court is appellant's motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief received February 6, 2023 filed as of the date of this order.

We note the brief's statement of the case, statement of facts, and argument section are not supported by references to the appellate record as required by the briefing rules. *See* TEX. R. APP. P. 38.1(d),(g),(i). Accordingly, we **ORDER**

appellant to file an amended brief that corrects the deficiencies no later than February 21, 2023.

*We caution appellant that failure to comply may result in dismissal of the appeal without further notice from the Court.  See id.* 38.8(a)(1), 42.3(b),(c).

/s/     BONNIE LEE GOLDSTEIN
JUSTICE